**Order entered April 22, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-21-00010-CR**
**No. 05-21-00014-CR**

## NICHOLAS DAVID CHAMBERS, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 296-80112-2018 & 296-80114-2018**

## ORDER

The reporter's record, requested on January 11 and due on January 30, 2021, has not been filed. We notified court reporter Janet Dugger on February 3, 2021, directing her to file the reporter's record by March 5, 2021. When she did not do so, we then ordered Ms. Dugger to file the reporter's record by April 5, 2021. To date, she has not filed the reporter's record or responded to the Court's communications.

We **ORDER** Janet Dugger to file the reporter's record **by May 3, 2021**. We caution Ms. Dugger that the failure to do so will result in the Court taking whatever actions it deems appropriate to ensure these appeals proceed in a more timely fashion, which may include ordering Ms. Dugger not sit until the reporter's record in these appeals is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable John Roach, Jr. Presiding Judge, 296th Judicial District Court; to court reporter Janet Dugger, 296th Judicial District Court; and to counsel for all parties.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE